**Order entered April 13, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00018-CV

## MICHAEL SUTTON, Appellant

### V.

## OCTAPHARMA PLASMA INCORPORATED, Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-06879**

### ORDER

The clerk's record in this case is overdue. By order dated March 5, 2020, we granted appellant's request to extend time to file the clerk's record so that certain documents could be identified and filed under seal. We ordered the clerk's record to be filed by March 19, 2020. To date, the clerk's record has not been filed and appellant has not further corresponded with the Court regarding the status of the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TWENTY DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant is not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the record. We notify appellant that if we receive verification he is not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the clerk's record, we will, without further notice, dismiss the appeal. See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

Felicia Pitre
Dallas County District Clerk

All parties

/s/    BILL WHITEHILL
        JUSTICE